DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

———————————————

JACOB B. BICKEL,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-2611

———————————————

December 17, 2025

Appeal from the Circuit Court for Hillsborough County; Michelle Sisco, Judge.

Jacob B. Bickel, pro se.

James Uthmeier, Attorney General, Tallahassee, and James A. Hellickson, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

　　Affirmed.

MORRIS, ATKINSON, and LABRIT, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.